# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

CASE/CITATION NO. 3:19-mj-0019 DMC

Tamera A. Smith

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
_____
CITY        STATE        ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 7-9-19         [signature] DEFENDANT'S SIGNATURE

You are hereby placed on 3 years summary court probation.

YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:

(X) Fine: $ 0 and a penalty assessment of $ 25.00 for a TOTAL AMOUNT OF: $ 25.00 within 90 days/~~months; or payments of $~~ ~~per month, commencing~~ _____ ~~and due on the~~ _____ ~~of each month until paid in full.~~

( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
~~completed by~~ During the term of probation, you are prohibited from entering lands supervised by the Bureau of Land Management for a period of 3 years.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (check one):

☐ CENTRAL VIOLATIONS BUREAU
PO BOX ~~71363~~ 780549
~~PHILADELPHIA, PA 19176-1363~~ San Antonio, TX
1-800-827-~~2982~~ 78278
or
Pay on-line at www.cvb.uscourts.gov
and Click on "Pay On-Line"

☐ CLERK, USDC
2500 TULARE ST., RM. 1501
FRESNO, CA 93721-1322

☒ CLERK, USDC
501 I STREET, STE. 4-200
SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: July 9, 2019         [signature] U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                                 EDCA-3